**DISMISS and Opinion Filed March 25, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-21-01013-CV**

**SHEYIN BALA, Appellant**
**V.**
**CHRISTINE EHRBAR, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. CV-21-00534**

## MEMORANDUM OPINION

Before Justices Carlyle, Smith, and Garcia
Opinion by Justice Smith

Before the Court is appellant's motion to voluntarily dismiss this appeal. We

grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Craig Smith/
CRAIG SMITH
JUSTICE

211013F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

SHEYIN BALA, Appellant

No. 05-21-01013-CV        V.

CHRISTINE EHRBAR, Appellee

On Appeal from the 330th Judicial District Court, Dallas County, Texas Trial Court Cause No. CV-21-00534. Opinion delivered by Justice Smith, Justices Carlyle and Garcia participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Christine Ehrbar recover her costs, if any, of this appeal from appellant Sheyin Bala.

Judgment entered March 25, 2022.